**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6626**

---

DAVID S. COUSINS,

Plaintiff - Appellant,

versus

DEAN WALKER, Superintendent; GERLAND PATTON,
Unit Manager; ROBERT GUY, Assistant Unit
Manager,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Shelby. Graham C. Mullen, District
Judge. (CA-97-90-4-MU)

---

Submitted: August 27, 1998      Decided: September 17, 1998

---

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

David S. Cousins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint under 28 U.S.C.A. § 1915(e)(2) (West Supp. 1998). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Cousins v. Walker</u>, No. CA-97-90-4-MU (W.D.N.C. Mar. 30, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2